```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

J&J Sports Productions, Inc., as
Broadcast Licensee of the October 1, 2005
Traver/Jones II Program,

                        Plaintiff,        06-CV-243 (CPS)

        - against -
                                          ORDER
Randolph G. Smith, Individually and d/b/a
Rand's Hide A Way a/k/a Randy's Hideaway
a/k/a Randy's a/k/a Randy's Hideaway Bar,
and Randy's Hide A Way a/k/a Randy's
Hideaway a/k/a Randy's a/k/a Randy's
Hideaway Bar,

                        Defendants.

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Gold dated February 2, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by March 15, 2007, a revised proposed judgment consistent with Magistrate Judge Gold's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :  Brooklyn, New York
         February 22, 2007

                    By: /s/ Charles P. Sifton (electronically signed)
                              United States District Judge